# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEADVILLE LANDLORDS UNITED, LLC, a Pennsylvania Limited Liability Company, | Civil Action No.: 1:23-cv-179 |
| | *Electronically filed.* |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| THE CITY OF MEADVILLE, | |
| Defendant. | |

## NOTICE OF REMOVAL

**TO:** THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
c/o Brandy S. Lonchena, Clerk of Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

1. The City of Meadville is the Defendant in this civil action filed on May 15, 2023, in the Court of Common Pleas of Crawford County, Pennsylvania. Pursuant to the provisions of Sections 1441 and 1446 of Title 28 of the United States Code, Defendant, City of Crawford removes this action to the United States District Court for the Western District of Pennsylvania, which is the judicial district in which the action is pending.

2. Plaintiff's Complaint alleges claims arising under federal law, such that Defendant hereby invokes the federal question jurisdiction of this Court, 28 U.S.C. § 1331. A true and correct copy of the Plaintiff's Complaint, filed at No. AD-2023-268 in the Court of Common Pleas of Crawford County, Pennsylvania, is attached hereto and marked as Exhibit "A."

3. Removal of this action from the Court of Common Pleas of Crawford County, Pennsylvania, to this Honorable Court is, therefore, proper under 28 U.S.C. § 1441(a) because this Court would have had original jurisdiction of this action under 28 U.S.C. § 1331 (Federal Question Jurisdiction) had the action initially been filed in this Court.

4. The state law claims asserted by Plaintiff do not deprive this Court of jurisdiction. These claim(s) arise from the same set of facts and circumstances so that, even if brought in federal court, the federal court would have supplemental jurisdiction over them pursuant to 28 U.S.C. § 1367(a) because they form part of the came case or controversy under Article III of the United States Constitution.

5. This Notice is timely under 28 U.S.C. § 1446(b) because the Plaintiff's Complaint in this action was filed on May 15, 2023 and served upon Defendants on May 18, 2023. This Notice of Removal is filed within thirty (30) days of receipt of the Complaint, so that it is timely filed under 28 U.S.C. § 1446(b).

6. Pursuant to the provisions of 28 U.S.C. § 1446(a), Defendant attaches to this Notice and incorporates by reference a copy of the following papers, which are all the process, pleadings, and orders served on this Defendant prior to the instant removal of this action: Complaint for Injunctive Relief and Declaratory Judgment; and Acceptance of Service of Complaint in Civil Action (Attached hereto and marked as Exhibit "B."

7. Pursuant to the provisions of 28 U.S.C. §1446(d), a copy of this Notice has been served on the Plaintiff and a copy of this Notice has been filed with the Prothonotary for the Court of Common Pleas of Cambria County, Pennsylvania.

8. In accordance with the provisions of 28 U.S.C. § 1446(b)(2), the undersigned certifies that all defendants who have been properly joined and served have consented to the removal of this civil action.

9. By invoking this Court's Federal Question Jurisdiction pursuant to 28 U.S.C. § 1331, and removing this civil action to federal court, Defendant does not concede any of the allegations set forth in Plaintiff's Complaint.

Date: June 14, 2023                             Respectfully submitted,

**JURY TRIAL DEMANDED**                         MARGOLIS EDELSTEIN

                                                 */s/ Charles H. Saul*

CHARLES H. SAUL, ESQUIRE
PA I.D. No. 19938
csaul@margolisedelstein.com

  */s/ Kyle T. McGee*
KYLE T. McGEE, ESQUIRE
PA I.D. No. 205661

  */s/ Corey C. Kirkwood*
COREY C. KIRKWOOD, ESQUIRE
PA I.D. No. 321344

535 Smithfield Street, Suite 1100
Pittsburgh, PA 15222
(412) 281-4256
(412) 642-2380 (fax)
kmcgee@margolisedelstein.com
*(Counsel for Defendant The City of Meadville)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2023, a true and correct copy of the foregoing *Notice of Removal* has been served upon the following counsel of record by First Class U.S. Mail, postage prepaid:

Bradley S. Dornish, Esquire
Sarah E. Morrison, Esquire
DORNISH LAW OFFICES, P.C.
6000 Brooktree Road, Suite 301
Wexford, PA 15090
*(Counsel for Plaintiff Meadville Landlords United, LLC)*

　　　　　　　　　　　　　　　　　　　*/s/ Charles H. Saul*
　　　　　　　　　　　　　　　　　　CHARLES H. SAUL, ESQUIRE
　　　　　　　　　　　　　　　　　　*Counsel for Defendant*